SADIE S. ARMSTRONG v. CITY OF ROCHESTER AND OTHERS.[1]

July 18, 1941.

Nos. 32,700, 32,701, 32,712.

*Lystad, Mantor & Day, Irving L. Eckholdt,* and *Durham & Swanson,* for appellant City of Rochester.

*Scott, Burke & Scott,* for appellant A. W. Kutzky.

*Moonan & Moonan,* for appellant Minneapolis Brewing Company.

*Harry W. Colmery* and *James T. Spillane,* for respondent.

PER CURIAM.

The chief justice deeming himself disqualified to participate in the consideration or decision of the questions presented by this appeal and the other justices being equally divided, the judgment of the lower court is affirmed without opinion.

Affirmed.

[1]Reported in 299 N. W. 683.